# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | |
|---|---|
| ANGELITA SOTO, | ) 1: 12-cv-00448-AWI-BAM |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING APPLICATION** |
| v. | ) **TO PROCEED IN FORMA PAUPERIS** |
| | ) |
| CITY OF FRESNO, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

On March 22, 2012, plaintiff Angelita Soto ("Plaintiff"), filed an application to proceed in forma pauperis. (Doc. 2.)  Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:**   **March 26, 2012**          /s/ **Barbara A. McAuliffe**
                         UNITED STATES MAGISTRATE JUDGE

1