1
2
3
4
5

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 6 | LUIS SANCHEZ, | CASE NO. 1:12-cv-00428-LJO-SKO |
| 7 | Plaintiff, | **Related Cases**: No. 1:12-cv-00429-LJO-SKO |
| 8 | | No. 1:12-cv-00430-LJO-SKO |
| 9 | v. | No. 1:12-cv-00431-LJO-SKO No. 1:12-cv-00432-LJO-SKO |
| 10 | CITY OF FRESNO, et al., | No. 1:12-cv-00434-LJO-SKO No. 1:12-cv-00436-LJO-SKO No. 1:12-cv-00439-LJO-SKO |
| 11 | | No. 1:12-cv-00448-LJO-SKO No. 1:12-cv-00528-LJO-SKO |
| 12 | Defendants. | |
| 13 | | **ORDER SETTING CONFERENCE TO COORDINATE PRETRIAL PROCEEDINGS** |
| 14 | | |
| 15 | _____/ | |

16

17  On May 30, 2012, the district court issued an order relating this case to nine other cases, all
18 of which are now assigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge
19 Sheila K. Oberto:

20   (1)  *Deen, et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO

21   (2)  *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO

22   (3)  *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO

23   (4)  *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO

24   (5)  *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO

25   (6)  *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO

26   (7)  *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO

27   (8)  *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO

28   (9)  *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO

1  (*Sanchez v. City of Fresno, et al.*, Case No. 1:12-cv-00428-LJO, SKO, Doc. 11.)  This case, No.
2  1:12-cv-00428-LJO-SKO, is designated as the "lead" case.  District Judge O'Neill referred
3  coordination of the pretrial proceedings in all of the cases to the undersigned.
4        To address coordination of motion practice and discovery in each of these cases, the parties
5  shall appear for a conference, either telephonically or in person, **on June 20, 2012, at 10:00 a.m.,**
6  **in Courtroom 7 before Magistrate Judge Sheila K. Oberto**.  To facilitate coordination of the
7  pretrial proceedings, the parties shall submit a joint report that indicates the status of each case, i.e.,
8  whether service of the complaint has been completed, and proposes coordinated deadlines for law
9  and motion and the completion of discovery.  The parties should also address any other issues
10 necessary to coordinate the pretrial proceedings.  The parties' joint proposal shall be filed **on or**
11 **before June 13, 2012.**  All parties wishing to appear telephonically should coordinate one
12 conference call to the Court at (559) 499-5790 at the time of the conference.
13       Accordingly, IT IS HEREBY ORDERED that:
14     1.    A conference to coordinate all pretrial proceedings is set for June 20, 2012, at 10:00
15         a.m. in Courtroom 7; and
16     2.    A joint proposal as to how the pretrial proceedings should be coordinated, including
17         proposed deadlines for discovery and law and motion, shall be filed on or before June
18         13, 2012.
19
20 IT IS SO ORDERED.
21 **Dated:   June 5, 2012**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE